## BOND *v.* GREEN, CORRECTIONAL SUPERINTENDENT.

No. 1, Misc.   Decided May 15, 1961.

Petitioner *pro se.*

*Mark McElroy,* Attorney General of Ohio, and *William M. Vance,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to file petition for writ of habeas corpus is denied.   Treating the papers submitted as a petition for writ of certiorari to the Supreme Court of Ohio, certiorari is granted.   The judgment is vacated and the case is remanded for further consideration in the light of *Smith* v. *Bennett,* and *Marshall* v. *Bennett,* 365 U. S. 708.

MR. JUSTICE STEWART took no part in the consideration or disposition of this case.